UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH HALL,<br><br>                    Plaintiff,<br><br>         -against-<br><br>GREEN HAVEN CORRECTIONAL<br>FACILITY, *et al.*,<br><br><br><br><br><br>                    Defendants. | 23-CV-3667 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the May 2, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 2, 2023
              New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge